## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2009 DEC 23 PM 4: 02

CLERK US DIST___ ___ COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09CR4027 MMA |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| Efren Castro-Garcia, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: 8:1326 (a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/18/09

Jan M Adler
UNITED STATES DISTRICT JUDGE